IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01678-WYD-CBS

COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff(s),

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation,

    Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Carolina Liquid Chemistries Corporation's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue Pursuant to F̲e̲d̲. R. C̲i̲v̲. P. 12(b)(2) and 12(b)(3), or in the Alternative, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), filed October 11, 2005, is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures.  The exhibits need not be resubmitted.

Dated:  October 12, 2005

                                      s/ M. Brooke McKinley
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge