IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01678-WYD-CBS

COMPETITIVE TECHNOLOGIES, INC.,
a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
a Delaware corporation,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR LIMITED PERSONAL JURISDICTION DISCOVERY

THE COURT, having reviewed the Stipulated Motion for Limited Personal Jurisdiction Discovery (filed October 27, 2005; *doc. no. 18*), and good cause appearing therefor, hereby

**ORDERS** that the motion is **GRANTED** in its entirety. The hearing set for November 28, 2005 is **VACATED**. It is further

**ORDERED** that a status conference has been set for **February 23, 2006, at 9:15 a.m. (Mountain Time)**.

DATED at Denver, Colorado, this 1st day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge