IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation,

    Defendant.

## ORDER GRANTING MOTION TO FILE SUR-REPLY

THE COURT, having reviewed plaintiff's Unopposed Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Dismiss (Dkt. # 52), and having no objection hereto, hereby

ORDERS that plaintiff's motion is granted.

DATED: February 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge