IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC.,
a Delaware corporation,

      Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
a Delaware corporation,

      Defendant.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Defendant's Unopposed Renewed Motion for Leave to File Plaintiff's Corrected Response in Opposition to Defendant's Corrected Motion to Dismiss and Plaintiff's [sic] Reply Under Seal, With Provision for Filing of Redacted Public Versions (filed March 8, 2006; *doc. no. 60*) is **GRANTED**.

The Clerk's Office is instructed to accept for filing the following documents:

    (1)    Plaintiff's Amended Response In Opposition to Defendant's Corrected Motion to Dismiss (Redacted Version) tendered to the court on March 8, 2006 (*doc. no. 60-2*) and

    (2)    Defendant's Reply to Plaintiff's Corrected Response In Opposition to Defendant's Corrected Motion to Dismiss (Redacted Version) tendered to the court on March 8, 2006 (*doc. no. 60-4*).

It is further **ORDERED** that Plaintiff's Unopposed Motion for Leave to File Plaintiff's Amended Response In Opposition to Defendant's Motion to Dismiss Under Seal (filed February 2, 2006; *doc. no. 44*) is **GRANTED**. Document number 45 (filed February 2, 2006) shall remain under seal. It is further

**ORDERED** that Plaintiff's Unopposed Motion for Leave to File Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Under Seal (filed January 30, 2006; *doc. no. 40*) is **GRANTED**. Document number 41 (filed February 2, 2006) shall remain under seal. It is further

**ORDERED** that Defendant's Unopposed Motion for Leave to File Defendant Carolina Chemistries' Reply to Plaintiff's Corrected Response In Opposition to Defendant's Corrected Motion to Dismiss (filed February 14, 2006; *doc. no. 48)* is **GRANTED**. Document number 49 (filed February 14, 2006) shall remain under seal.

**DATED:**      March 15, 2006