IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation,

    Defendant.

---

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

---

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Third-Party Plaintiff,

v.

CATCH, INC.,

    Third-Party Defendant.

---

## ORDER ON DEFENDANT'S RENEWED MOTION FOR STAY

    This matter comes before the Court on defendant's Renewed Motion to Stay Litigation (Dkt. # 69), filed April 7, 2006. Plaintiff filed a response to the Renewed

Motion to Stay on April 27, 2006 (Dkt. # 73) and defendant filed its reply on May 2, 2006 (Dkt. # 75).  This matter is ripe for ruling.  The Court does not believe a hearing is necessary.

The Court notes that a scheduling order was entered by the Magistrate Judge on May 5, 2006 setting certain deadlines and discovery limits.  In addition, a third-party defendant has been added by defendant's Third Party Complaint filed April 18, 2006 and a counterclaim is pending against plaintiff (Dkt. # 71).  Considering all the circumstances, the Court finds that a stay of this litigation at this time would not be in the interests of justice and therefore DENIES defendant's Renewed Motion for a Stay.

DATED:  June 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge