IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC.,
a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER comes before the court on Defendant's Motion for Protective Order Under Rule 26(c) (*doc. no. 76*). In light of the court's instructions during the hearing on May 3, 2006, which allowed some limited discovery, the instant motion is **DENIED**.

**DATED:**    July 13, 2006