IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation,

    Defendant.

---

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

---

## ORDER GRANTING DISMISSAL OF THIRD-PARTY CLAIMS

This matter is before the Court on the Stipulation for Dismissal of Third-Party Complaint (Dkt. # 90).  Pursuant to the settlement agreement, all claims brought or which could have been brought by Carolina Liquid Chemistries Corporation against Catch, Inc. or by Catch, Inc. against Carolina Liquid Chemistries Corporation, are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

IT IS FURTHER ORDERED that the caption of this case is amended to reflect the dismissal of the third-party complaint, as set forth above.

DATED: August 8, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge