IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation,

    Defendant.

---

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

_____

**ORDER**
_____

    Matt Stump's Notice of Withdrawal as Counsel is treated by the Court as a Motion to Withdrawal under D.C.COLO.LCiv. 83.3D.   It is therefore

    ORDERED that Matt Stump's Motion to Withdrawal (Dkt. 94) is GRANTED.

Matt Stumps is permitted to withdraw as counsel for Defendant Carolina Liquid

Chemistries Corporation effective immediately.  Natalie Hanlon-Leh and Nina Wang shall continue to represent Defendant Carolina Liquid Chemistries Corporation.

DATED: August 17, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge