## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

Civil Action No.: 05-cv-01678-PSF-CBS     FTR-Reporter Deck Courtroom A402
Date: September 12, 2006     Courtroom Deputy: Ben Van Dyke

---

COMPETITIVE TECHNOLOGIES, INC.,     Glenn K. Beaton,
    Kourtney M. Mueller

    **Plaintiff/Counterclaim Defendant,**

    v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,    Natalie M. Hanlon-Leh
    Nina Y. Wang

    **Defendant/Counterclaim Plaintiff,**

GENERAL ATOMICS, DIAZYME LABORATORIES    David Doyle
DIVISION,

    **Interested Party,**

CATCH, INC.     Catherine B. Richardson

    **Non-Party.**

---

### COURTROOM  MINUTES /  MINUTE  ORDER

---

**HEARING:**     **MOTIONS  HEARING**
**Court in Session:** 1:33 p.m.
Court calls case.  Appearance of counsel.

**ORDERED:**   **Plaintiffs' Motion for Leave to File First Amended Complaint dated August 4, 2006 (doc. 88) is denied as moot.**

**ORDERED:**   **Plaintiff's Motion for Leave to File Second Amended Complaint dated August 11, 2006 (doc. 93) is granted for the reasons stated on the record.  The Second Amended Complaint tendered August 11, 2006 is considered filed on this date.**

**ORDERED:**   **A scheduling conference is set for September 28, 2006 at 11:30 a.m.  Counsel shall submit an amended scheduling order to the Court by September 22, 2006, which sets a discovery deadline of June 30, 2007 and a dispositive motions deadline of July 30, 2007.**

**ORDERED:   Counsel shall hold a Rule 26(f) conference by September 22, 2006.**

**ORDERED:   The parties shall only participate in written discovery until the September 28, 2006 scheduling conference is completed.**

Counsel discuss various discovery issues with the Court and shall further brief contested issues.

HEARING CONCLUDED.

**Court in Recess**:  3:00 p.m.
Total   In-Court Time:     01:27