IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
CATCH, INC., and GENERAL ATOMICS CORPORATION,

    Defendants.

---

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is Catch, Inc.'s Motion to File Exhibits Supportive to Catch Inc.'s Opposition to Competitive Technologies, Inc.'s Motion for Leave to File Amended Complaint Under Seal (filed August 28, 2006; doc. no. 99).  In accordance with D.C.COLOL.CIVR. 7.2 the motion was posted to the public, to allow for any objection(s) to the sealing of the motion/exhibit.  There being no timely objections filed, it is

    ORDERED that the instant motion to seal is **GRANTED**.

    IT IS FURTHER ORDERED that the Unopposed Motion by Non-Party General Atomics Diazyme Laboratories Division for Leave to File Response to Plaintiff's Motion for Leave to File Second Amended Complaint (*doc. no. 110)* is **GRANTED**.

**DATED:**  September 14, 2006