IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
CATCH, INC., and GENERAL ATOMICS CORPORATION,

    Defendants.

---

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    In light of the Order Granting the Amended Unopposed Motion for Order Regarding Production of Documents, it is hereby

    **ORDERED** that the Unopposed Motion for Order to Facilitate Production of Documents (*doc. no. 125)* is **DENIED**, as moot.

**DATED:**    October 4, 2006