**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION;
CATCH INC.; and
GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION,

    Defendants.

---

**ORDER**

---

    IT IS HEREBY ORDERED that the Order (*doc. no. 131*) of October 3, 2006, is STRICKEN.

    IT IS FURTHER ORDERED that upon consideration of the Unopposed Amended Motion for Order Regarding Production of Documents filed by Defendant Carolina Liquid Chemistries Corporation (*doc. no. 129*) on September 29, 2006, the Court hereby GRANTS the Motion as follows:

    (1)    Plaintiff Competitive Technologies, Inc. is ORDERED to produce any license agreements, withheld from production to date because of third-party confidentiality issues; and

    (2)    These documents may be designated with an appropriate level of confidentiality under the Stipulated Protective Order entered by this Court on December 7, 2005.

DATED at Denver, Colorado, this 5th day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge