# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05cv01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION;
CATCH INC.; and
GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION,

    Defendants.

## ORDER GRANTING CAROLINA CHEMISTRIES' SECOND UNOPPOSED MOTION FOR ORDER REGARDING PRODUCTION OF DOCUMENTS

Upon consideration of the Second Unopposed Motion for Order Regarding Production of Documents filed by Defendant Carolina Liquid Chemistries Corporation on October 12, 2006 (*doc. no. 139)*, the Court hereby GRANTS the Motion as follows:

(1)    Plaintiff Competitive Technologies, Inc. is ORDERED to produce the royalty-related documents, withheld from production to date because of third-party confidentiality issues.

(2)    These documents may be designated with an appropriate level of confidentiality under the Stipulated Protective Order entered by this Court on December 7, 2005 and the Stipulated Amended Protective Order entered by the Court on October 12, 2006.

DATED at Denver, Colorado, this 12th ay of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge