**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  05-cv-01678-PSF-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 1, 2006** | **Courtroom Deputy:**  Ben Van Dyke |

| | |
|---|---|
| COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation, | Kourtney M. Mueller<br>J. Gregory Whitehair |
| **Plaintiff,** | |
| v. | |
| CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation, et al., | Natalie M. Hanlon-Leh<br>Nina Y. Wang<br>Catherine B. Richardson<br>Brian Kramer |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      1:35 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the motions protective order.

**ORDERED:** Competitive Technologies' Motion for Protective Order dated October 16, 2006 (doc. 143) is denied without prejudice for the reasons stated on the record.

**ORDERED:** General Atomics' and Catch Inc.'s Motion for Protective Order Under Rule 26(c) dated November 14, 2006 (doc. 151) is granted for the reasons stated on the record.  Discovery shall be stayed pending a ruling on the Motion to Stay (doc. 146).

Counsel shall contact Magistrate Judge Shaffer's chambers within twenty-four (24) hours of receiving a ruling on the Motion to Stay (doc. 146).

HEARING CONCLUDED.

**Court in Recess**:      **2:24 p.m.**
Total   In-Court Time:    00:49