IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation,

    Defendant.

## ORDER GRANTING MOTION TO FILE SUR-REPLY

The Court, having reviewed plaintiff's Unopposed Motion for Leave to File Sur-Reply (Dkt. # 160), hereby GRANTS plaintiff's motion.  It is hereby

ORDERED that the Sur-Reply In Opposition to Motion for Stay (Dkt. # 160-2) attached to the motion is accepted as filed.

DATED:  December 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge