IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION, a Delaware corporation;
GENERAL ATOMICS CORPORATION; and
CATCH, INC.

    Defendants.

---

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

---

## ORDER RE MOTIONS FOR LEAVE TO FILE

    The Unopposed Motion By General Atomics for Leave to File Supplemental Brief In Support of Motion to Stay (Dkt. # 163) and the Unopposed Motion By Competitive Technologies for Leave to File Response to General Atomics' Supplemental Brief (Dkt. # 164) are hereby GRANTED.

    DATED:  January 17, 2007

                                           BY THE COURT:

                                           *s/ Phillip S. Figa*
                                           _____
                                           Phillip S. Figa
                                           United States District Judge