IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01678-PSF-CBS

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
CATCH, INC., and
GENERAL ATOMICS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Correction of Party Name and Case Caption (*doc. no. 142)* is **GRANTED**. The caption shall be modified to reflect "General Atomics" as a named Defendant, not General Atomics Corporation.

**DATED:**    January 31, 2007