IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-01678- JLK-CBS

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
CATCH INC., and
GENERAL ATOMICS,

    Defendants.

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

CATCH INC.,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

GENERAL ATOMICS,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

_____
ORDER GRANTING MOTION TO STAY PENDING REEXAMINATION
OF U.S. PATENT NO. 4,940,658
_____

This matter is before me on the parties' Joint Motions (1) to Stay Pending Reexamination of U.S. Patent No. 4,940,658 and (2) to Vacate January 17, 2008 Pretrial Conference currently set before Magistrate Judge Shaffer (Doc. 172). While these Motions ought to have been filed separately so that the distinct requests for relief might be properly docketed, referred and ruled upon, I have reviewed the filing and dispose of the Motion to Stay in a manner that resolves both requests.

1. The Motion to Stay Pending Reexamination (Doc. 172) is GRANTED. This action is STAYED pending any remaining reexamination proceedings before the PTO and any appeals to the United States Court of Appeals for the Federal Circuit. The parties shall file a Joint Status Report regarding the status of such proceedings on or before March 12, 2008, at which time I will consider whether the case is appropriate for administrative closure. Cases so closed are not terminated, and may be reopened upon the motion of any party to the case for cause shown.

2. That aspect of Document 172 that seeks to vacate the Pretrial Conference currently scheduled for Thursday, January 17, 2008, before Magistrate Judge Shaffer, is DENIED as MOOT. My staff will, as a courtesy to Magistrate Judge Shaffer, notify him of this ruling today so that he may remove the setting from his calendar. No other filing is necessary to effect that relief.

3.  Based on these rulings, Defendant General Atomics's previously filed Motion to Stay (Doc. 146) is DENIED as MOOT.

    The parties' Joint Status Report is due on or before March 12, 2008.

Dated January 15, 2008.

                                                 **s/John L. Kane**
                                                 SENIOR U.S. DISTRICT JUDGE