IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 05-cv-1678- JLK-CBS

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff,

v.

CAROLINA LIQUID CHEMISTRIES CORPORATION,
CATCH INC., and
GENERAL ATOMICS,

    Defendants.

CAROLINA LIQUID CHEMISTRIES CORPORATION,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

CATCH INC.,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

GENERAL ATOMICS,

    Counterclaim Plaintiff,

v.

COMPETITIVE TECHNOLOGIES, INC.,

    Counterclaim Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

Kane, J.

Consistent with this Court's January 15, 2008 Order Staying this case pending patent reexamination, and upon review of the subsequent Status Report, it is

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**. Cases so closed are not terminated, and may be reopened upon the motion of any party to the case for cause shown.

Dated this 18th day of September, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court