IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1678- JLK-CBS**

**COMPETITIVE TECHNOLOGIES, INC.**,

    Plaintiff,

v.

**CAROLINA LIQUID CHEMISTRIES CORPORATION,
GENERAL ATOMICS, and
CATCH, INC.**,

    Defendants.

## ORDER

Kane, J.

    The Joint Motion to Reopen Case for Limited Purpose of Dismissing With Prejudice (doc. #181), filed November 2, 2012 is **GRANTED**. This case is **REOPENED** and **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

    Dated this 2nd day of November, 2012.

                                                  BY THE COURT:

                                                  *S/John L. Kane*
                                                  John L. Kane, Senior Judge
                                                  United States District Court